[Nos. 35627-9-II; 36192-2-II; 36790-4-II. Division Two. January 15, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN DAVID EVERETT, *Appellant.*

*In the Matter of the Personal Restraint of* JOHN DAVID EVERETT, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02464-0, Linda CJ Lee, Katherine M. Stolz, and Stephanie A. Arend, JJ., entered December 1, 2006, together with petitions for relief from personal restraint. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 25510-7-III. Division Three. January 17, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE LUIS DEDIOS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 05-1-02365-7, Susan L. Hahn, J., entered September 11, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kulik, JJ.

[No. 25621-9-III. Division Three. January 17, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. KORY L. ZIELKE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-02311-1, Jerome J. Leveque, J., entered October 26, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kulik, J.